LAW OFFICE OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
JESUS ALBERTO SANCHEZ-LOPEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JESUS ALBERTO SANCHEZ-LOPEZ,<br><br>            Defendant. | Case No.: Cr.11-0096 JAM<br><br>APPLICATION AND ORDER TO CONTINUE SENTENCING TO SEPTEMBER 24, 2013<br><br>Hon. John A. Mendez |

    This matter is before the Court on August 6, 2013 at 9:45 a.m., for sentencing.  Counsel for the defense is requesting a continuance to September 24, 2013, at 9:45 a.m. to prepare for sentencing.  Government counsel, Paul Hemesath, is not opposing this request.

    Good cause appearing,

    **IT IS ORDERED** that this matter is to be continued from August 6, 2013, at 9:45 a.m., to September 24, 2013, at 9:45 a.m. for Judgment and Sentencing.

///
///
///

- 1 -

Dated: August 1, 2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE